# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 146 WAL 2017
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
CHRISTIAN CONSTANTINI, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.